Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
United States District of Utah

Civil Division

Case: 2:24-cv-00782
Assigned To : Romero, Cecilia M.
Assign. Date : 10/16/2024
Description: Randall v. Finley et al

RYAN RANDALL
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Debbie Finley, City of Salt Lake
Officer Blue, State of Utah
Officer Vaughn, City Creek Mall
(see et al.)
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Jury Trial: (check one) ☐ Yes ☐ No

FILED US District Court-UT
OCT 16 '24 AM10:21

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Ryan K. Randall
   Address: 1812 Manchester Road
   Saint Joseph MO 64505
   City / State / Zip Code
   County: Buchannan County
   Telephone Number: 714-321-5244
   E-Mail Address: ryanrandall360@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Officer Debbie Finley
   Job or Title (if known): Police
   Address:
   City / State / Zip Code
   County:
   Telephone Number:
   E-Mail Address (if known):
   [ ] Individual capacity   [ ] Official capacity

   Defendant No. 2
   Name: City Creek Mall
   Job or Title (if known): 50 S Main St
   Address: Salt Lake, UT 84101
   City / State / Zip Code
   County:
   Telephone Number:
   E-Mail Address (if known):
   [ ] Individual capacity   [ ] Official capacity

Page 2 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
Name: Police Sargeant BLUE
Job or Title (if known): Police
Address: Salt Lake, Utah 84101
City / State / Zip Code
County
Telephone Number
E-Mail Address (if known)

[ ] Individual capacity    [ ] Official capacity

Defendant No. 4
Name: Officer VaughN
Job or Title (if known): Police
Address: Salt Lake, Utah 84101
City / State / Zip Code
County
Telephone Number
E-Mail Address (if known)

[ ] Individual capacity    [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

   [ ] Federal officials (a *Bivens* claim)

   [X] State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   28 USC 1331, 42 USC 1983, 28 USC 1341, 42 USC 1988

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Plaintiff Ryan K. Randall was engaged in protected First amendment activity expressing emotion through music on a bagpipe, plaintiff had a 40$ permit from Logan at city Hall!

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

On October 15th 2024 city Creek Extended Jurisdiction to county/city side of the walk posting signs that read customers only

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

on city property within 15 feet of the street curb but there were signs and hostile architecture making it hard for street musicians, Flower beds and fences on city side of walk.

B. What date and approximate time did the events giving rise to your claim(s) occur?

1pm October 15th 2024. - 2pm

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was threatened by Sargeant Blue that I would recieve a citation for disterbing the peace. 11.12.020. muni code is in violation of USC statutes First amendment activity. Expressing emotion through music in day time hours!

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I walked away with $2.00 and they violated my right to make a living. I am trying to make my way to Las Vegas I have a paternity dispute for my daughter Gracie Elliot a child I had with Singer Selena Gomez, D-24-697255-P in Eigth Judicial District Court filed 10-8-2024

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1. Award compensatory damages in an amount to be determined at trial.
2. Award punitive damages against.
3. 42 USC 1988 Grant such other relief as the Court deems just and proper.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-15-2024

Signature of Plaintiff: *[signed]*

Printed Name of Plaintiff: Ryan K. Randall

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____

Printed Name of Attorney: _____

Bar Number: _____

Name of Law Firm: _____

Address: _____

City _____ State _____ Zip Code _____

Telephone Number: _____

E-mail Address: _____