IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| RYAN K. RANDALL,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>DEBBIE FINLEY, et al.,<br><br>　　　　　　　　Defendants. | MEMORANDUM DECISION AND ORDER ADOPTING REPORT AND RECOMMENDATION DENYING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS<br><br>Case 2:24-cv-00782-TS-CMR<br><br>District Judge Ted Stewart<br>Magistrate Judge Cecilia M. Romer |

　　　　This matter is before the Court on the Magistrate Judge's Report and Recommendation[1] regarding Plaintiff Ryan K. Randall's Motion for Leave to Proceed In Forma Pauperis.[2] The Court will adopt the Magistrate Judge's Report and Recommendation in full.

　　　　Pursuant to 28 U.S.C. § 636(b)(1)(C), a party has 14 days after service to object to a Report and Recommendation. Plaintiff has not filed an objection to the Magistrate Judge's Report and Recommendation, nor has Plaintiff supplemented his filing with information regarding his income, employment history, and assets as requested by the Magistrate Judge.

　　　　The Court has carefully reviewed and considered the record and pleadings in this case, along with the Report and Recommendation. For the reasons explained by the Magistrate Judge, the Court agrees and will accordingly adopt the Report and Recommendation in full and dismiss the action without prejudice.

　　　　It is therefore

---

[1] Docket No. 7.
[2] Docket No. 2.

ORDERED that the Magistrate Judge's November 7, 2024, Report and Recommendation (Docket No. 7) is ADOPTED; It is further

ORDERED that Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Docket No. 2) is DENIED without prejudice.

DATED this 7th day of May, 2025.

BY THE COURT:

_____
Ted Stewart
United States District Judge